UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GRAVOIS ALUMINUM BOATS LLC,

    Plaintiff,

v.                                               Case No. 15-cv-1358-pp

BILL PRINCE YACHT DESIGN, INC.,
and WILLIAM R. PRINCE,

    Defendants.

---

**ORDER DISMISSING CASE**

---

On May 18, 2018, the parties filed a stipulation of dismissal. Dkt. No. 24. The court **APPROVES** the stipulation and **ORDERS** that the case is **DISMISSED with prejudice** and on the merits, without an award of costs or fees to any party.

Dated in Milwaukee, Wisconsin this 30th day of May, 2018.

                                                **BY THE COURT:**

                                                _____
                                                **HON. PAMELA PEPPER**
                                                **United States District Judge**